WILLIAM L. KELLY & others *vs.* BOARD OF APPEALS OF SCITUATE &
others. May 11, 1977. This is an appeal from a judgment of the Su-
perior Court which upheld an amended decision of the Scituate board
of appeals approving a site plan required under the Scituate zoning
by-law and which had been submitted by the land owner. The plain-
tiffs first contend that the order of the trial judge upholding the
amended decision of the board "was not supported in fact or in law."
The three pages in their brief devoted to the argument of that point
consist mainly of vague and generalized assertions of error, unsup-
ported by any authority. We do not regard them as rising to the level
of appellate argument. *Lolos* v. *Berlin,* 338 Mass. 10, 13-14 (1958).
*East Longmeadow* v. *Springfield, ante,* 143, 147-148 (1977). Mass.R.A.P.
16(a)(4), as amended effective February 24, 1975, 367 Mass. 919. The
plaintiffs' second contention that the "findings of the Court in hearing
the case De Novo were not supported by the evidence" fails as our
reading of the record, which includes a transcript of all the evidence
as well as the exhibits introduced at trial, discloses that the evidence
fully supported the judge's findings. See *Parrish* v. *Board of Appeal of
Sharon,* 351 Mass. 561, 567-568 (1967); *S. Volpe & Co. Inc.* v. *Board
of Appeals of Wareham,* 4 Mass. App. Ct. 357, 359 (1976).

*Judgment affirmed.*

*James F. Freeley, Jr.,* for the plaintiffs.
*Charles J. Humphreys* for Edward M. Wondolowski & another.